NO. 07-10-0406-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 29, 2011
_____

ANDREW YATES,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY;

NO. 1159467D; HON. GEORGE GALLAGHER, PRESIDING
_____

***On Motion to Dismiss***
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Andrew Yates, by and through his attorney, has filed a motion to dismiss his appeal, signed by appellant, because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Do not publish.                                    Per Curiam